# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MIGUEL ANGELO HERNANDEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1206

[September 24, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502014CF010002AXXXMB.

Miguel Angelo Hernandez, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and MAY, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***